

**Andrew S. Turkish**
**Direct Line:  (973) 410-4140**
**E-Mail:** aturkish@clausen.com

June 29, 2018

**<u>VIA E-Filing</u>**
Hon. John Michael Vazquez, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse, 50 Walnut Street
Newark, New Jersey 07101

      Re:    Daniel Torres, et al. v. Heritage Financial Recovery Services
            Docket No.:    2:18-cv-02261-JMV-CLW
            Our File No.:    28-1577-00-7

Dear Judge Vazquez:

      This firm represents Defendant, Heritage Financial Recovery Services in the above referenced matter.  I am pleased to advise the Court that this matter settled yesterday.  I will be preparing settlement documents shortly, along with a stipulation of dismissal with prejudice.  In light of the settlement, I will not be filing an Answer on Heritage's behalf which is due today.  Thank you for your courtesies.

                              Respectfully submitted,

                              CLAUSEN MILLER P.C.

                    By:    */s/ Andrew S. Turkish*

                              Andrew S. Turkish

cc:    Hon. Cathy L. Waldor, U.S.M.J. (via e-filing)
        Todd D. Muhlstock, Esq. (via e-filing)