CLAUSEN MILLER PC
100 Campus Drive, Suite 112
Florham Park, New Jersey 07932
Tel: 973.410.4130
*Attorneys for Defendant*
*Heritage Financial Recovery Services*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------x
Daniel Torres, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

Heritage Financial Recovery Services,

        Defendant.
---------------------------------------------------------x

CIVIL ACTION
No.: 2:18-cv-02261

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Daniel Torres and Defendant Heritage Financial Recovery Services through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a) and 41(c), that the above captioned action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: July 25, 2018

**BARSHAY SANDERS, PLLC**

*/s Todd D. Muhlstock*
Todd D. Muhlstock, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel; (516) 203-7600
*Attorney for Plaintiff*

**CLAUSEN MILLER P.C.**

*/s Andrew S. Turkish*
Andrew S. Turkish, Esq.
100 Campus Drive, Suite 112
Florham Park, New Jersey 07932
Tel: (973) 410-4130
*Attorney for Defendant*

So Ordered.

_____
John Michael Vazquez, U.S.D.J.

456732.1

*Date: 8/21/18*